JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, DEPUTY VAN GINKEL, AND DEPUTY ENRIQUEZ, AND DOES 1-10, INCLUSIVE,<br><br>    Defendant. | Case No. 5:19-cv-02057-SVW-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Joint Stipulation to Dismiss the entire action with prejudice, each party to bear his or her own costs and fees, is hereby granted, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: December 17, 2020

_____
Honorable Stephen V. Wilson
United States District Court Judge

///

///